UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,            CASE NO: 4:16-CR-5-1FL

    Plaintiff,

vs

FILEMON BARAJAS,

    Defendant.

_____/

### ORDER ON DEFENDANT'S MOTION FOR
### EARLY TERMINATION OF SUPERVISED RELEASE

The Defendant, Filemon Barajas, filed an Unopposed Motion for Early Termination of Supervised Release.

The Court finds that United States Probation Officer John Holderman, who has supervised the defendant for one year, with no violations, has no objection to this motion and the prosecutor in this case, Assistant United States Attorney J. Frank Bradsher also has no objection to this motion; it is therefore

Ordered and Adjudged that the defendant's supervised release is hereby satisfactorily terminated forthwith.

Done and Ordered this  11th  day of January, 2018.

_____
LOUISE W. FLANAGAN,
United States District Court Judge